UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JALISA R. MILLS,<br><br>Defendant. | No. 2:16-CR-161-SMJ<br><br>ORDER GRANTING MOTION TO PERMIT TRAVEL |

Before the Court is Defendant's Motion to permit travel. ECF No. 21. Defendant seeks to travel to Worley, Idaho, with her family from November 11 – November 13, 2016, to participate in cultural and traditional activities. The United States has filed a Response, ECF No. 22.

Neither the United States nor the U.S. Probation Office object to Defendant's request. Accordingly,

**IT IS ORDERED** that the Defendant's Motion to permit travel, **ECF No. 21,** is **GRANTED.** Defendant may travel to Worley, Idaho, from November 11-13, 2016.

Prior to travel, Defendant must provide Pretrial Services with specific contact information as to where she will be staying, and a telephone number where she can be contacted at any time that she is out of the district.

While out of the district, Defendant is subject to all previously-ordered conditions of release not inconsistent with temporary travel outside the district.

DATED November 7, 2016.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1